IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEONDRA M. CHESTANG                                                                PLAINTIFF
ADC #134005

V.                                    NO: 5:15CV00080 SWW/JWC

CHRISTIE SIMPSON *et al*                                                          DEFENDANTS

## ORDER

The Clerk is directed to change the style of the case to reflect the correct name of Defendant Christie Simpson, as set forth in her answer (docket entry #16).

IT IS SO ORDERED this 13th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE