# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KEONDRA M. CHESTANG     PLAINTIFF
ADC #134005

V.     NO: 5:15CV00080 SWW/JWC

CHRISTIE SIMPSON *et al*     DEFENDANTS

## ORDER

Plaintiff KeOndra M. Chestang, an inmate who is currently incarcerated at the Arkansas Department of Correction's Varner Super Max Unit, filed a *pro se* complaint on March 11, 2015, and service was ordered. On May 8, 2015, the summons was returned unexecuted as to Defendants Ojiugo Iko, Humphery, Teri Kennedy, and Lesa Jones (docket entries #11-#14). Service was attempted in the care of counsel for the prison's medical provider, but was returned because Iko, Kennedy, and Jones, are no longer employees or contractors with the provider. However, Iko's, Kennedy's and Jones's last known addresses were provided and filed under seal.[1] Accordingly, service will again be attempted, at the addresses provided under seal.

According to a note provided with Humphery's return, Humphery was unable to be identified with the information provided. Accordingly, Plaintiff must provide a first name for Humphery so that service may again be attempted.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to change the style of the case to reflect the correct names of Defendants Ojiugo Iko, Teri Kennedy, and Lesa Jones.

---

[1] Iko's, Kennedy's and Jones's first names were also provided with the addresses.

1

2. Iko's, Kennedy's, and Jones's, last known addresses shall not be made part of any public record.

3. The Clerk of the Court shall prepare a summons for Iko, Kennedy, and Jones, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on them, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

4. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the addresses prior to forwarding a copy to Plaintiff.

5. No later than 30 days after this order's entry date, Plaintiff must provide a first name for Defendant Humphery, so that service may again be attempted. Plaintiff's failure to do so may result in the recommended dismissal of his claims against Humphery.

DATED this 13th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE