**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KEONDRA M. CHESTANG                                                                          PLAINTIFF
ADC #134005

V.                                      NO: 5:15CV00080 SWW/JWC

CHRISTIE SIMPSON *et al*                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau, and the objections filed. After carefully considering the objections and making a *de novo* review of the relevant record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for injunctive relief (docket entry #44) is DENIED.

DATED this 21st day of July, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE