# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KEONDRA M. CHESTANG                                                                                              PLAINTIFF
ADC #134005

V.                                           NO: 5:15CV00080 SWW/PSH

MISSALLY S. SIMPSON *et al*                                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition [doc.#89] submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Plaintiff has filed a motion [doc.#90] for a ruling on his motion for Court assistance [doc.#83], which is the subject of Magistrate Judge Harris's Proposed Findings and Partial Recommended Disposition that the Court today adopts. Thus, with today's Order, plaintiff's motion for Court assistance is denied and his motion for a ruling on that motion is moot.

IT IS THEREFORE ORDERED THAT plaintiff's motion for Court assistance [doc.#83] is DENIED.

IT IS FURTHER ORDERED THAT plaintiff's motion for ruling [doc.#90] is DENIED as moot.

DATED this 23rd day of November, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE