**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KEONDRA M. CHESTANG                                                                             PLAINTIFF
ADC #134005

V.                                      NO: 5:15CV00080 SWW/PSH

MISSALLY S. SIMPSON *et al*                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the relevant record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's motion for summary judgment (docket entry 70) is DENIED.

2.      Plaintiff's claims against defendant Humphries are DISMISSED WITHOUT PREJUDICE.

DATED this 3rd day of February, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE