**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KEONDRA M. CHESTANG                                                                          PLAINTIFF
ADC #134005

V.                                           No: 5:15-cv-00080-SWW-PSH

CHRISTIE SIMPSON *et al*                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff Keondra M. Chestang's motion for a temporary restraining order (docket entry #144) is DENIED.

DATED this 18th day of November, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE