# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KEONDRA M. CHESTANG                                                                    PLAINTIFF
ADC #134005

V.                                          NO: 5:15CV00080 SWW

MISSALLY S. SIMPSON *et al*                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the relevant record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motions for summary judgment on the merits are GRANTED, and plaintiff KeOndra M. Chestang's complaint is DISMISSED WITH PREJUDICE. Doc. Nos. 126 & 136.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of March, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE