**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KEONDRA M. CHESTANG                                                                                         PLAINTIFF
ADC #134005

V.                                              NO: 5:15CV00080 SWW

MISSALLY S. SIMPSON *et al*                                                                              DEFENDANTS

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 22nd day of March, 2017.

                                            */s/Susan Webber Wright*
                                            UNITED STATES DISTRICT JUDGE